**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Angela** | **LaShun** | **Ambrus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** | | |
| Case number (if known) | **17-40323-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | **Aspen Contracting** | |
| Employer's address | **4141 NE Lakewood Way**<br>Number  Street | Number  Street |
| | **Lees Summit    MO    64064**<br>City         State    Zip Code | City         State    Zip Code |
| How long employed there? | **April 2017** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $2,955.33 | |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $2,955.33 | |

Debtor 1  **Angela LaShun Ambrus**                              Case number (if known) **17-40323-13**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here → 4. | $2,955.33 |  |
| 5. | List all payroll deductions: |  |  |
| 5a. | Tax, Medicare, and Social Security deductions     5a. | $641.33 |  |
| 5b. | Mandatory contributions for retirement plans      5b. | $0.00 |  |
| 5c. | Voluntary contributions for retirement plans      5c. | $0.00 |  |
| 5d. | Required repayments of retirement fund loans      5d. | $0.00 |  |
| 5e. | Insurance      5e. | $0.00 |  |
| 5f. | Domestic support obligations      5f. | $0.00 |  |
| 5g. | Union dues      5g. | $0.00 |  |
| 5h. | Other deductions. Specify: _____      5h.+ | $0.00 |  |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.      6. | $641.33 |  |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.    7. | $2,314.00 |  |
| 8. | List all other income regularly received: |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm      8a. | $0.00 |  |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| 8b. | Interest and dividends      8b. | $0.00 |  |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive      8c. | $0.00 |  |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| 8d. | Unemployment compensation      8d. | $0.00 |  |
| 8e. | Social Security      8e. | $0.00 |  |
| 8f. | Other government assistance that you regularly receive |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____      8f. | $0.00 |  |
| 8g. | Pension or retirement income      8g. | $0.00 |  |
| 8h. | Other monthly income.  Specify: **BF**      8h.+ | $1,000.00 |  |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | $1,000.00 |  |
| 10. | Calculate monthly income. Add line 7 + line 9.    10. | $3,314.00 | + _____ = $3,314.00 |
|  | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. |  |  |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____                                                                                                              11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.      12.  $3,314.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☑ Yes. Explain:  **Depends on her health.**

Official Form 106I                                    Schedule I: Your Income                                             page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Angela** | **LaShun** | **Ambrus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** | | |
| Case number (if known) | **17-40323-13** | | |

**Check if this is:**
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☑ No
   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..................
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4. _____
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. **$196.59**

   4d. Homeowner's association or condominium dues    4d. _____

Debtor 1 **Angela LaShun Ambrus**     Case number (if known) **17-40323-13**

**Your expenses**

| | | | |
|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.** | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas    (See continuation sheet(s) for details) | 6a. | **$291.00** |
| | 6b. Water, sewer, garbage collection    (See continuation sheet(s) for details) | 6b. | **$96.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | |
| | 6d. Other. Specify: | 6d. | |
| **7.** | **Food and housekeeping supplies** | 7. | **$400.00** |
| **8.** | **Childcare and children's education costs** | 8. | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | **$75.00** |
| **10.** | **Personal care products and services**    (See continuation sheet(s) for details) | 10. | **$66.69** |
| **11.** | **Medical and dental expenses**    (See continuation sheet(s) for details) | 11. | **$381.42** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    (See continuation sheet(s) for details) | 12. | **$160.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| **14.** | **Charitable contributions and religious donations** | 14. | |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$119.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Tax** | 16. | **$166.00** |
| **17.** | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1    **Wells Fargo for Devan's Loan Uncle** | 17a. | **$262.30** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1   **Angela LaShun Ambrus**                                    Case number (if known)   **17-40323-13**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.  Mortgages on other property     20a. _____

   20b.  Real estate taxes     20b. _____

   20c.  Property, homeowner's, or renter's insurance     20c. _____

   20d.  Maintenance, repair, and upkeep expenses     20d. _____

   20e.  Homeowner's association or condominium dues     20e. _____

**21. Other.** Specify: _____     21. + _____

**22. Calculate your monthly expenses.**

   22a.  Add lines 4 through 21.     22a. **$2,214.00**

   22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.     22b. _____

   22c.  Add line 22a and 22b.  The result is your monthly expenses.     22c. **$2,214.00**

**23. Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.     23a. **$3,314.00**

   23b.  Copy your monthly expenses from line 22c above.     23b. − **$2,214.00**

   23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c. **$1,100.00**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here:
**general price of goods - needs to replace the roof in order to get insurance as she only qualifies for forced placed insurance.  Ongoing and chronic medical condition which may affect.**

| Debtor 1 | **Angela LaShun Ambrus** | Case number (if known) | **17-40323-13** |
|---|---|---|---|

**6a.  Electricity, heat, natural gas (details):**
    **Electric** — **$191.00**
    **MGE** — **$100.00**
    Total: **$291.00**

**6b.  Water, sewer, garbage collection (details):**
    **Sewage and Garbage** — **$56.00**
    **Water** — **$40.00**
    Total: **$96.00**

**10.  Personal care products and services (details):**
    **Biz  Website** — **$19.99**
    **Biz  800 #** — **$9.99**
    **Misc. items, personal care & housekeeping** — **$36.71**
    Total: **$66.69**

**11.  Medical and dental (details):**
    **Deductible 2000 per year 3000-HSA 1000** — **$166.67**
    **OTC** — **$78.00**
    **Specialist** — **$60.00**
    **Scripts** — **$73.00**
    **Glasses** — **$3.75**
    Total: **$381.42**

**12.  Transportation (details):**
    **Don 35 per week** — **$140.00**
    **Debtor 1 tank per month** — **$20.00**
    Total: **$160.00**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Angela**  **LaShun**  **Ambrus** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known) | **17-40323-13** |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B............................................................... **$97,961.55**
    1b. Copy line 62, Total personal property, from Schedule A/B..................................................... **$2,799.16**
    1c. Copy line 63, Total of all property on Schedule A/B............................................................... **$100,760.71**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$102,976.16**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................... **$189.23**
    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............ + **$34,016.63**

    **Your total liabilities**    **$137,182.02**

## Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I................................................ **$3,314.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J....................................................... **$2,214.00**

Debtor 1  **Angela LaShun Ambrus**　　　　　　　　　　　　　　　　　Case number (if known) __17-40323-13__

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.　　　　$6,514.53

**9. Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

**From Part 4 on** *Schedule E/F,* **copy the following:**

| | | |
|---|---|---|
| 9a. | Domestic support obligations. (Copy line 6a.) | $0.00 |
| 9b. | Taxes and certain other debts you owe the government. (Copy line 6b.) | $189.23 |
| 9c. | Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. | Student loans. (Copy line 6f.) | $0.00 |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. | **Total.** Add lines 9a through 9f. | $189.23 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Angela**  **LaShun**  **Ambrus**  <br>First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | _____ <br>First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known) | **17-40323-13** |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Angela LaShun Ambrus**                X _____
Angela LaShun Ambrus, Debtor 1                Signature of Debtor 2

Date **07/10/2017**                            Date _____
MM / DD / YYYY                                 MM / DD / YYYY